UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL HAZEL, | Case No. 3:13-cv-332 |
| Petitioner, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| WARDEN, Chillicothe Correctional Institution, | |
| Respondent. | |

**DECISION AND ENTRY ADOPTING THE REPORTS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 36, 45, 47)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 15 and September 8, 2014, submitted Reports and Recommendations. (Docs. 36, 45). Petitioner filed Objections. (Docs. 41, 52). The Magistrate Judge also filed a number of non-dispositive Orders (Docs. 32, 38, 40), to which Petitioner filed Objections (Docs. 35, 39, 44, 46). Subsequently, the Magistrate Judge filed a Report and Recommendations that Petitioner's Objections to the non-dispositive Orders were without merit. (Doc. 47). Petitioner also filed Objections to this Report and Recommendations. (Doc. 49).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Reports and Recommendations should be and are hereby adopted in their entirety. Accordingly:

1. The Reports and Recommendations of the Magistrate Judge (Doc. 36, 45, 47) are **ADOPTED** in their entirety;

2. The Orders of the Magistrate Judge (Docs. 32, 38, 40) are **AFFIRMED**;

3. Petitioner's Objections (Docs. 35, 39, 41, 44, 46, 49, 52) are **OVERRULED**;

4. Petitioner's Petition and Amended Petition for Writ of Habeas Corpus (Docs. 1, 5) are **DISMISSED** with prejudice;

5. Any request for a certificate of appealability under 28 U.S.C. § 2253(c) is **DENIED**;

6. The Court **CERTIFIES** that any appeal of this Order would be objectively frivolous, and therefore **DENIES** Petitioner leave to appeal *in forma pauperis*. He remains free, however, to apply to proceed *in forma pauperis* in the Court of Appeals; and

7. The Clerk is **DIRECTED** to enter judgment accordingly, whereupon this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

Date: 9/24/14

Timothy S. Black
United States District Judge